IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | PO-24-5020-KLD |
|---|---|
| Plaintiff, | VIOLATION: 9597288 |
| vs. | Location Code: M18 |
| JESSE CHADWICK, Defendant. | ORDER |

Based upon the United States' motion to accept the defendant's payment of a $187.50 fine, $30 processing fee and $10 court fee for violation 9597288 (for a total of $227.50), and for good cause shown, **IT IS ORDERED** that the $227.50 fine paid by the defendant is accepted as a full adjudication of violation 9597288.

**IT IS FURTHER ORDERED** that all court proceedings are VACATED.

DATED this 25th day of June, 2024.

_____
Kathleen DeSoto
United States Magistrate Judge